2Attached Images



EXHIBIT A

